IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JEROME LANELLE COLEMAN, )<br>)<br>Defendant. )<br>) | 4:06CR3140<br><br>MEMORANDUM AND ORDER |

Because the court is involved in another trial during the period previously set for trial in this case,

IT IS ORDERED,

On the court's own motion, trial of this matter is continued to 9:00 a.m. on January 16, 2007 before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

DATED this 28th day of November, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge