IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:06CR3140 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM** |
| JEROME LANELLE COLEMAN, | ) | **AND ORDER** |
| | ) | |
| Defendant. | ) | |

The defendant has filed or tendered for filing a motion that I construe as seeking a reduction of sentence pursuant to the 2007 retroactive amendments to the "crack" Guidelines. See Amendment 706 (2007).

IT IS ORDERED THAT:

1. The Clerk shall treat the defendant's motion (filing 93) as a motion for an order modifying sentence pursuant to 18 U.S.C. § 3582(c)(2). The Federal Public Defender is herewith appointed to represent the defendant. The Clerk's office shall provide the Federal Public Defender and the defendant with a copy of this order.

2. No later than July 25, 2011, the probation office shall provide the undersigned *and* counsel of record with a "Retroactive Sentencing Worksheet."[1] If the officer requires additional time, a request may be made to the undersigned by e-mail. The Clerk's office shall provide the Probation Office (Kelly Nelson) with a copy of this order.

---

[1] If Amendment 706 applies, it appears the defendant's base offense level would be reduced by 2 points.

3. No later August 9, 2011, counsel of record shall confer and do one of the following:

   A. File a stipulation containing the following provisions: (i) an agreement that the defendant is eligible for a sentence reduction pursuant to 18 U.S.C. § 3582(c) and U.S.S.G. § 1B1.10; (ii) an agreement that the defendant may be resentenced without being present and without further notice; and (iii) an agreement regarding the recommended sentence.

   B. In lieu of the stipulation provided in paragraph A, counsel for the government shall contact my judicial assistant and arrange a telephone conference with the undersigned and counsel for the defendant so that further progression of this case may be scheduled.

Dated June 13, 2011.

                                                BY THE COURT:

                                                *Richard G. Kopf*
                                                United States District Judge